No. 86–1330. MAXTONE-GRAHAM *v.* BURTCHAELL ET AL. C. A. 2d Cir. Motion of American Society of Journalists and Authors, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 86–1536. POWELL ET AL. *v.* FLORIDA ET AL. Sup. Ct. Fla. Motion of Rabbinical Association of Greater Miami et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 86–1537. ARMONTROUT, WARDEN *v.* THOMPSON. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–1567. RYAN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Motion of respondent to defer consideration of the petition for writ of certiorari denied. Certiorari denied.